**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 123 WAL 2025
:
Respondent :
:
: Petition for Allowance of Appeal
: from the **Unpublished**
v. : **Memorandum and Order** of the
: Superior Court at No. 860 WDA
: 2023 entered on April 10, 2025,
JAMES MICHAEL SWIFT, : **affirming** the Judgment of Sentence
: of the Allegheny County Court of
Petitioner : Common Pleas at No. CP-02-CR-
: 0010274-2019 entered on June 28,
2023

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2026, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the following issue, stated by Petitioner:

> Did the sentencing court impose an illegal sentence by
> imposing separate, consecutive sentences for Swift's
> convictions for two counts of Arson-Endangering Property,
> where the statute providing for the offense, properly construed
> according to the rules of statutory interpretation, provided for
> a single sentence no matter how many properties were
> endangered?

The Superior Court's order is **VACATED**, and this matter is **REMANDED** for

reconsideration in light of *Commonwealth v. Smith*, --- A.3d ---, 2025 WL 3229045 (Pa.

filed Nov. 19, 2025). Allowance of appeal is **DENIED** as to all remaining issues.